600

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JUSTIN THOMAS, Defendant-Appellant.

(No. 55196;

First District—February 4, 1971.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.